■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FOSTER THOMPSON, Appellant. [670 NYS2d 115] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Kuffner, J.), rendered December 2, 1994, convicting him of murder in the second degree, attempted murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court did not improvidently exercise its discretion in denying the defendant's motion for a hearing based on alleged juror misconduct. The defendant's oral application based

on an anonymous letter was insufficient to meet the procedural requirements that the motion be in writing based on sworn allegations (*see,* CPL 330.40 [2] [a], [e] [ii]; *People v Friedgood,* 58 NY2d 467; *People v Laguer,* 195 AD2d 483). In addition, the finality of the jury verdict will not be disturbed simply because a juror had a change of heart (*see, People v Bellamy,* 158 AD2d 525).

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., O'Brien, Sullivan and Santucci, JJ., concur.